UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10464
_____

JERRY QUALLS,

Plaintiff-Appellant,

v.

LACKS FURNITURE CENTERS INC.,

Defendant-Appelle.

_____

Appeal from the United States District Court
for the Northern District of Texas
(5:98-CV-149)
_____
February 18, 2000

Before BARKSDALE, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.